# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| RODRIQUS R HARRIS #498312 | CIVIL ACTION NO. 25-0024 SEC P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHELE DAUZAT | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation and Supplemental Report and Recommendation of the Magistrate Judge previously filed herein (Record Documents 5 & 8), and after a de novo review of the record, including the Objections filed by Petitioner (Record Documents 6 & 9), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus (Record Document 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 1st day of July, 2025.

*[signature]*
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT